**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 24, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIA GUADALUPE GUTIERREZ, | § | CASE NO. 25-50011-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court considered the docket sheet in the above-captioned case and determined that the above-captioned case should be dismissed with prejudice.

Debtor filed their Petition on January 3, 2025, meaning at least the first half of the filing fees ($156.50) was due by January 10, 2025. *See* Standing Order 17-07 (*Standing Order Relating to Payment of Filing Fees in Installments*, signed November 8, 2017). The Debtor failed to pay any fees in the above-captioned case. The Debtor has also failed to file a plan or schedules, both of which were due by January 17, 2025. Fed. R. Bankr. P. 1007(c)(1). The above-captioned case will be dismissed with prejudice until the Debtor pays the outstanding fees. It is, therefore,

**ORDERED** that the above-referenced case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Clerk of Court shall not accept any further filings from the Debtor, **MARIA GUADALUPE GUTIERREZ**, until the Debtor pays the outstanding fees due in the above-captioned case.

# # #